No. 10–7175. BANKOFF *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7231. NOWELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7268. SHEPHERD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 09–1332. SAIN *v.* SNYDER ET AL., *ante,* p. 830;

No. 09–1464. VENEZIA *v.* WILLIAM PENN SCHOOL DISTRICT, *ante,* p. 835;

No. 09–1506. JONES *v.* ANHEUSER BUSCH, *ante,* p. 837;

No. 09–1558. YOUNG *v.* CARGILL, *ante,* p. 840;

No. 09–1566. WALSH-FAUCHER *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 841;

No. 09–1579. SPEAR *v.* GENERAL MOTORS CORP., *ante,* p. 841;

No. 09–8375. SCHULTZ *v.* HALPIN ET AL., *ante,* p. 841;

No. 09–9986. JAIYEOLA *v.* CARRIER CORP., *ante,* p. 843;

No. 09–10533. IN RE COX, *ante,* p. 826;

No. 09–10544. YSAIS *v.* NEW MEXICO ET AL., *ante,* p. 846;

No. 09–10601. DAVIS *v.* BOOKER, WARDEN, *ante,* p. 847;

No. 09–10615. BAKER *v.* KENTUCKY, *ante,* p. 847;

No. 09–10683. DACOSTA *v.* UNION LOCAL 306 OF THE MOTION PICTURE PROJECTIONISTS, OPERATORS, VIDEO TECHNICIANS, THEATRICAL EMPLOYEES & ALLIED CRAFTS, ET AL., *ante,* p. 849;

No. 09–10724. IN RE DANIEL, *ante,* p. 826;

No. 09–10742. JOHNSON *v.* LIVINGSTON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL., *ante,* p. 851;

No. 09–10778. STUDLI *v.* CRIMONE ET AL., *ante,* p. 851;

No. 09–10817. FORD *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante,* p. 853;

No. 09–10893. DENNIS *v.* CITY OF AVENTURA, FLORIDA, ET AL., *ante,* p. 855;

No. 09–10950. ADIR *v.* CITY OF LOS ANGELES, CALIFORNIA, ET AL., *ante,* p. 857;